Vladimir F. Sidyaga

109 Grapevine ct.

Nicholasville, ky 40356

859-940-9420


V.S.


Bruce Pieratt's- President

Michael Cox- Marketing Director

Pieratt's INC.

110 Mt Tabor road

Lexington, ky 40517

Case: 1:17-cv-01704   (H Deck)
Assigned To : Unassigned
Assign. Date : 8/15/2017
Description: Employ. Discrim.

## Complaint

I began working at Pieratt's Inc on October 1, 2007. I have worked at Pieratt's for over 9 years,

prior to an injury making me unable to return to said work. I was discriminated against based on

my national origin, sex, age, religion and my disability. I was frequently shamed for being

different and not having a fluent dialect of English. I am also Jewish for that Mr Pieratt's said

that I am not allowed pork sandwiches because of this. I further feel that Mr. Pieratt's used my

work outside of what my description was as a furniture repair technician. I was only hired to

repair and inspect furniture. What I actually did was everything, I cleaned the restrooms on a

daily occasion, further I painted for Mr.Pieratt's I even scraped off Vinyls off of the commercial

vehicles Mr Pieratt's Owned. I have had my hours that I have worked stolen from me by the Manager of The Service Department (Kevin Sorell). Whenever I would be working very hard I would hear constant jokes and rude humor directed toward me by the warehouse staff. I have both received physical violence and have been threatened by violence from the warehouse manager (Wayne Blakley). I am seeking Financial relief because I was left without pay by Mr. Pieratt's and his company after my injury. I cannot pay for my daily expense due to this. I am seeking $ 1.5 million in order to close this case. I have been the victim of discrimination and it is serious.

Vladimir Sidyaga

109 Grapevine Ct.

Nicholasville, ky 40356

August, 10, 2017

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Vladimir F. Sidyaga**
**109 Grapevine Ct**
**Nicholasville, KY 40356**

From: **Louisville Area Office**
**600 Dr Martin Luther King Jr Pl**
**Suite 268**
**Louisville, KY 40202**

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **846-2017-06910** | **Casandra L. Jenkins,** Investigator | **(502) 582-5891** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Richard T. Burgamy,**
**Area Office Director**

3/9/17
*(Date Mailed)*

Enclosures(s)

cc. **Robert M. Hoffer**
**Dressman Benzinger LaVelle**
**207 Thomas More Parkway**
**Crestview Hills, KY 41017**

VLADIMIR F. SIDYAGA
109 GRAPEVINE CT.
NICHOLASVILLE , KY 40356
856/940-9420


V.S.

BRUCE PIERATTS
MICHAEL COX
PIERATT'S INC.
110 MOUNT TABOR ROAD
LEXINGTON , KY 40517

VLADIMIR
109 GRAPEVINE CT.
NICHOLASVILLE , KY 40356

# Notice

I am Vladimir Sidyaga, I would like to submit a formal discrimination complaint against my employer Pieratt's Inc.

I reside at 109 Grapevine Ct Nicholasville, Ky 40356.

I was discriminated at Pieratt's Inc during my employment and time there. The list of discriminatory charges are as follows. I was discriminated based on my Nationality and Age. I was also Sexually Assaulted at work. I was also physically assaulted when a co-worker maliciously threw a large 48X48X38" box injuring me on October 17, 2016. When I tried to get workers compensation benefits, Pieratt's denied me and prolonged the process. I was told by upper management that I would be paid in sick days. There was an accident report filed out, however workman comp was not initially set up for me.

I started Working At Pieratt's on October 1, 2007.

On June 22, 2009, The company moved the warehouse facility from Bluegrass Station (Military station area) to the Palumbo Dr Location in Lexington Ky. The company gave me a small room to use as a furniture repair shop. It is located near the warehouse office. James Mattingly was the previous manager of the warehouse. Jeff Leet was the previous and the current Assistant manager of the warehouse. Starting from 2009, Jeff Leet would cut my time on the computer. He created trouble for me, I had to tell Bruce Pieratt about the time card fraud. Bruce said that he will fix it, however Bruce did not contact Jeff Leet about the trouble he made. This was on a Saturday in June. (June 23, 2009) Jeff Leet would constantly yell Walter is from the equator, he would tell all of the delivery guys. He would constantly make these joke against me. Around January 20, 2010 he also said kiss me Walter (Vladimir). He said this until October 2016 and he would also say "My Baby".

Starting around January 12, 2015, Jeff would grab me by the abdomen and make sexual hip movements. On the same day he would pinch my nipple. I felt extremely violated and it is terribly what happened. This happened multiple times a day until October 2016. Jeff also tried to bend me over and do a sexual act against me. Several times he would give me a paper and tell me to sign it or he would call Kevin Sorrell.(service Department Manager). In 2013 Jeff Leet also created a Facebook page mocking me. My son found the page on facebook on June 2016. Around Lunch time Jeff would take pictures of me during lunch. My son notified me of the webpage and we will attach the evidence.

September 10, 2016 Jeff brought me a emergency contact form to fill out. I think that they were conspiring against me to hurt me or worse.

Since November 2, 2015, Jeff would make me clean the toilets, when someone would make a mess. I had to clean the restroom, it was not my responsibility to clean. Jeff told the delivery

AUG 15 2017

guys Walter cleans the restroom after you. Each time the delivery guys wouldn't flush the toilet I had to do that for them.

Wayne Breckley (Current Warehouse Manager) also called me on my cellphone and said Walter clean the restroom and plunge the toilets and flush. He used the restroom in the clearance storm and called me to flush after him. This was in July, August, September 2016.

Jeff Moser (General Manager) backs Leet up by saying it is part of your job to plunge the toilets. Jeff Leets would also make warehouse workers hide my cart from my furniture shop. They would make a mess and throw all my tools on the floor. In a separate incident they have glued my tools with super glue to the table in my shop.

On March 18, 2015. They glued my tools to the table with super glue.

I complained to Jeff Moser in September this year, about them hiding my tool cart. He said the cart is part of Pieratt's property. They have stolen and hid my cart hundreds of times, I have heard them say "punish Walter" Especially wayne saying it. Jeff Leet said he would give me a three day suspension. We are in separate departments.

Since February 15 2016, Wayne oftentimes in front of an audience of delivery guys, bend me over and make sexual movements against me. This I believe he got that from Jeff.

Since February 2016, Wayne had 4 names for me Janitor, Clown, Sponge and old Goat. 3 years ago Jeff Leet put a plastic jug in the wheel well of my van. The jug made a terrible scraping noise. I would always have the tires in my van to be flat in the parking lot. Jeff Leet would tell me I am trying to sell your van for 100 dollars. When I tried to explain to Kevin Sorell They Would Always make trouble for me. On The front desk Kevin Sorel and Jeff Moser said that they are just kidding with you. On December 15, 2015 Aaron Sorell pushed me against the baler. All I could really do was stand and cry. I was hit and pushed many times by Jeff and Wayne. Wayne ran up to me and said "How are you feeling Clown?".

I could not tell the upper management or Bruce Pieratt. Bruce Said himself to listen to Jeff Leet and to Wayne Breckley, Listen to Jeff Moser's wife Nieyan. Listen to everyone in the store they are all your managers. He did not give me time to defend myself.

Jeff Leet and Wayne both said that the management Would listen to you it would listen to us. Four years ago in the meeting room, Bruce said Walter Doesn't speak English. He also said Walter you must listen to everybody. Listen to every sales person in Mt tabor, Richmond and Nicholasville store. I ask him why everybody only has one manager. Bruce said this is my rule for you.

I couldn't afford to quit my job because the medicine for my blood sugar and blood pressure. My heart attack happened on July 25, 2011.

I was injured on October 17, 2016. When Matthew Thompson a warehouse worker maliciously threw a box 48X48X38" box hit me.

Debbie Smith the claims adjuster denied us access to doctors. Further the doctors were not interested in the severity of my case. I feel like I'm seriously going to die from my pain.

List of the gentlemen involved.
Wayne Breckley-Current Warehouse manager
Jeff Leet- Assistant Warehouse manager
Bruce Pieratt- President of Pieratt's
Jeff Moser- General manager
Matthew Thompson- warehouse worker
Kevin Sorel- Service department manager
Aaron Sorell- Warehouse worker.

Pieratts mailing Address
110 Mt Tabor Rd, Lexington Ky.
Warehouse location
2395 Palumbo Dr, Lexington ky.

Plaintiff Signature _____ *[signature]* — August 10, 2017
Mr. Vladimir Sidyaga

Case number 161206-000251



# Lexington Police Department
## General Investigative Report

### Case: 2016-00216956       Victim: VLADIMIR SIDYAGA

**Officer:** ADAM  FINCH [49746]

**Location:** 23XX PALUMBO DR                                    **Beat:** 32B

**Date/Time Occurred:** 10/17/2016 @ 08:00 -- 10/18/2016 @ 17:00

**Date/Time Reported:** 12/08/2016 @ 00:00         **Status:** Open [As Of: 12/08/2016]

| OFFENSES | KRS/VIOLATIONS |
|---|---|
| ASSAULT-4TH MINOR INJURY | 00796 508.030 |

## VICTIM LIST

| | NAME | DOB | SEX | RACE | HAIR | EYES | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|
| 1 | VLADIMIR SIDYAGA | xx/xx/1958 | M | W | GRY | | 5.09 | 200 |

**PHONE:** 8599409420

**INJURY:** Minor     **EXTENT:**          **HOSPITAL:**

**TREATMENT:**          **TRANSPORT:**

## NARRATIVE

Victim advised the listed suspect unlawfully assaulted him causing
minor injury.

# COMMONWEALTH OF KENTUCKY
## TRANSPORTATION CABINET
### CERTIFICATE OF TITLE

| TITLE NO. | YEAR | MAKE | MODEL NAME | VIN/HIN | TITLE TYPE | MODEL NO |
|---|---|---|---|---|---|---|
| 140730340246 | 14 | NISS | ALTIMA | 1N4AL3AP4EC283510 | ORIGINAL | |

| BODY TYPE | COLOR | NO. CYL | ODOMETER | MOTOR NO | WEIGHT | PREV. TITLE NO /STATE |
|---|---|---|---|---|---|---|
| 4D | WHI | 04 | 11 | | | |

| KY NO | BOAT TYPE | LENGTH | BEAM | CAPACITY | HULL MATERIAL | PROPULSION |
|---|---|---|---|---|---|---|
| | | | | | | |

OWNER(S) NAME                    DATE OF ISSUE  03/20/14    FUEL           USAGE TAX PAID  1280.88

T8

SIDYAGA, NADIA
109 GRAPEVINE CT
NICHOLASVILLE KY   40356-2417

REMARKS

BRAND(S)

FIRST LIENHOLDER                                                     SECOND LIENHOLDER

NISSAN MTR ACCPT CO
PO BOX 254648
SACRAMENTO
CA 95865-4648

| | FIRST LIEN | | | SECOND LIEN | |
|---|---|---|---|---|---|
| Notation No  1500976 | | County  JESS | Notation No | | County |
| Filing Date  03-17-14 | | | Filing Date | | |
| Released By | | | Released By | | |
| County Clerk's use Only | | Date | County Clerk's use Only | | Date |

I certify that the Department of Vehicle Regulation has exercised due diligence in examining an application for a certificate of title for the above-described vehicle and to the best of our knowledge and belief the applicant whose name appears above is the lawful owner of the apparently legitimate vehicle described herein.

_Rodney Kuhl_                    (STATE SEAL)    CONTROL NO.  020393559

Commissioner, Department of Vehicle Regulation

49 USC SEC 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN PENALTIES.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
### FIRST DEALER ASSIGNMENT
The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee):

**D E A L E R   O N L Y**

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

#### \*\*\*\*CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK\*\*\*\*

_____ (no tenths)
Odometer Reading

❏ 1. The mileage stated is in excess of its mechanical limits
❏ 2 The odometer reading is not the actual mileage  **WARNING-ODOMETER DISCREPANCY**

Transferor(s) Signature(s)                    (Seller) To be notarized       Transferee(s) Signature(s)                    (Owner)

Transferor(s) Printed Name(s)                 (Seller)                       Transferee(s) Printed Name(s)                 (Owner)

Date of Transfer _____ Seller Dealer No _____ Purchasing Dealer No. _____

Attesting Official                            Title

Subscribed and sworn before me this _____ day of _____ 20 _____ My commission expires _____        NOTARY PUBLIC

### SECOND DEALER ASSIGNMENT
The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

#### \*\*\*\*CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK\*\*\*\*

_____ (no tenths)
Odometer Reading

❏ 1 The mileage stated is in excess of its mechanical limits
❏ 2. The odometer reading is not the actual mileage.  **WARNING-ODOMETER DISCREPANCY**

Transferor(s) Signature(s)                    (Seller) To be notarized       Transferee(s) Signature(s)                    (Owner)

Transferor(s) Printed Name(s)                 (Seller)                       Transferee(s) Printed Name(s)                 (Owner)

Date of Transfer _____ Seller Dealer No _____ Purchasing Dealer No. _____

Attesting Official                            Title

Subscribed and sworn before me this _____ day of _____ 20 _____ My commission expires _____
NOTARY PUBLIC

# COMMONWEALTH OF KENTUCKY
## CERTIFICATE OF TITLE

| TITLE NO. | YEAR | MAKE | MODEL NAME | VIN/HIN | TITLE TYPE | MODEL NO. |
|---|---|---|---|---|---|---|
| 162321000169 | 04 | TOYT | COROLLA | 2T1BR32E14C276871 | TRANSFER | SPORT |

| BODY TYPE | COLOR | NO. CYL | ODOMETER | MOTOR NO. | WEIGHT | PREV. TITLE NO/STATE |
|---|---|---|---|---|---|---|
| 4D | WHI | 04 | 170550 | | 2519 | 122421000143 KY |

| KY NO. | BOAT TYPE | LENGTH | BEAM | CAPACITY | HULL MATERIAL | PROPULSION |
|---|---|---|---|---|---|---|
| | | | | | | |

DATE OF ISSUE 08/30/16    FUEL

USAGE TAX PAID 99.00

OWNER(S) NAME



T10

SIDYAGA, NADIA
109 GRAPEVINE CT
NICHOLASVILLE KY 40356-2417



REMARKS:

BRAND(S)

| FIRST LIENHOLDER | FIRST LIEN | | SECOND LIEN | | SECOND LIENHOLDER |
|---|---|---|---|---|---|
| | Notation No   County | | Notation No   County | | |
| | Filing Date | | Filing Date | | |
| | Released By | | Released By | | |
| | County Clerk's use Only   Date | | County Clerk's use Only   Date | | |

I certify that the Department of Vehicle Regulation has exercised due diligence in examining an application for a certificate of title for the above described vehicle and to the best of our knowledge and belief the applicant whose name appears above is the lawful owner of the apparently legitimate vehicle described herein.

 

Commissioner, Department of Vehicle Regulation, Kentucky Transportation Cabinet

CONTROL NO. C23954921

*** TRANSFER OF TITLE BY OWNER: 49 USC SEC 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP FAILURE TO COMPLETE, OR PROVIDING A FALSE STATEMENT MAY RESULT IN PENALTIES ***

## FIRST DEALER ASSIGNMENT

**DEALER ONLY**

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

❏ 1. The mileage stated is in **excess of its mechanical limits**.

❏ 2. The odometer reading is **not the actual mileage. WARNING — ODOMETER DISCREPANCY**

(no tenths)
Odometer Reading

Transferor/Seller Signature_____    Transferee/Buyer Signature_____

Transferor/Seller Printed Name_____    Transferee/Buyer Printed Name_____

Date of Transfer _____ Seller/Dealer No. _____   Buyer/Dealer No. _____

Subscribed and attested before me on this date _____ _____ _____. My Commission expires _____ _____ _____. _____
   MM   DD   YY     MM   DD   YY    Signature/Title

## SECOND DEALER ASSIGNMENT

**DEALER ONLY**

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

❏ 1. The mileage stated is in **excess of its mechanical limits**.

❏ 2. The odometer reading is **not the actual mileage. WARNING — ODOMETER DISCREPANCY**

(no tenths)
Odometer Reading

Transferor/Seller Signature_____    Transferee/Buyer Signature_____

Transferor/Seller Printed Name_____    Transferee/Buyer Printed Name_____

Date of Transfer _____ Seller/Dealer No. _____   Buyer/Dealer No. _____

Subscribed and attested before me on this date _____ _____ _____. My Commission expires _____ _____ _____. _____
   MM   DD   YY     MM   DD   YY    Signature/Title



## BILLING SUMMARY

| | |
|---|---|
| Statement Date | July 19, 2017 |
| Payment Amount Due | $ 407.46 |
| **Total Amount Due** | **$ 407.46** |
| **Payment Due Date** | **08/12/17** |

## ACCOUNT INFORMATION

**Account Number**        **0010 2406 1741 4000 1**

| Date | Item | Amount |
|---|---|---|
| 07/10/17 | Payment – Thank You! | $ 407.46 |

| | |
|---|---|
| **Payoff Amount** | **$ 13,007.11** |
| **Payoff Amount Good Until** | **08/03/17** |

The payoff amount shown above is an estimate that we are providing for informational purposes only. Your actual payoff amount may differ, based on your account activities. You may obtain your actual payoff amount and additional information on our payoff process by calling the Customer Relations number shown on your statement.

## CONTRACT INFORMATION

| | |
|---|---|
| Interest Rate | 6.49% |
| Vehicle Description | 14 NISSAN ALTIMA |
| Vehicle ID | 1N4AL3AP4EC283510 |
| Maturity Date | 06/12/20 |

*August, 10, 2017*

*$407.46*

*CHECK # 1158*

Privacy Notice



### Manage your account online at NissanFinance.com

**Customer Relations - 800.456.6622**
Automated Response 24 hours, 7 days a week
Agents Available Monday - Friday 7am-7pm CST

Mail Monthly Payments to:
Nissan Motor Acceptance Corporation
P.O. Box 742658
Cincinnati, OH  45274-2658

Remit Principal Only and Miscellaneous Fees to:
Nissan Motor Acceptance Corporation
P.O. Box 660577
Dallas, TX  75266-0577

For Correspondence Only:
Nissan Motor Acceptance Corporation
P.O. Box 660360
Dallas, TX  75266-0360



**YOUR ROAD**
TO REWARDS.



Learn more at **nissancreditcard.syf.com**

# CENTRAL KENTUCKY
# MANAGEMENT SERVICES, INC.

(800) 859-8763

2317 Alumni Park Plz Ste 200
Lexington KY 40517-4289
ADDRESS SERVICE REQUESTED

August 20, 2013

REMIT TO:

CENTRAL KENTUCKY MANAGEMENT SVCS. INC
Lockbox 951336
Cleveland OH 44193

87    116857364

Aka Sigyage Vladimir & Nadia Vladimir
109 Grapevine Ct
Nicholasville KY 40356-2417

Circle One

**FILL OUT BELOW FOR CREDIT CARD PAYMENTS.**

| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card) | EXP DATE |
|---|---|
|  | / |
| CARDHOLDER NAME | AMOUNT |
|  | $ |
| CARDHOLDER SIGNATURE |  |

**Please note your account # 1941567
on your payment or correspondence.**

Cards

If you wish to pay by Visa, MasterCard, Discover or American Express, fill in the information above and return the upper portion of this letter to the address shown above.

RE :       KMSF                    2793.00
           UK HOSPITAL            7354.09

| Account #: 1941567 |
|---|

Client Act #:    18805523
Balance:         $ 10147.09

We agreed to accept partial payments of $50.00 due every Month as a convenience to you. All payments must be made promptly when due and for the full amount.

I know you expect me to adhere to this arrangement and you can be assured that I expect you to keep your promise to pay every Month as we agreed.

There are no allowances for missed payments and if you do miss, we are no longer bound by our original agreement and the outstanding balance becomes due.

No payment in a lesser amount is acceptable and will be considered the same as a missed payment.

You are currently past due $$50 - August. Send your past due amount to bring your account up to date.

CKMS

## * * * Make sure to put your account number on all payments * * *

This communication is from a debt collector and is an attempt to collect a debt and any information obtained will be used for that purpose.

Si habla español y necesita traducción llame al 1-800-446-0291.

IONHEAL3087

# CIVIL COVER SHEET

JS-44 (Rev. 3/16 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| VLADIMIR F SIDYAGA 109 GRAPEVINE CT. NICHOLASVILLE, KY 40356 | BRUCE PIERATT'S MICHAEL COX PIERATT'S INC. 110 MOUNT TABOR ROAD, LEXINGTON, KY 40517 |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF JESSAMINE KY (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT FAYETTE (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ( • ) 1 U S Government Plaintiff
- ( ) 2 U S Government Defendant
- ( ) 3 Federal Question (U S Government Not a Party)
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | (X) | (X) | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

### O A. Antitrust
- [ ] 410 Antitrust

### O B. Personal Injury/ Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Product Liability

### O C. Administrative Agency Review
- [ ] 151 Medicare Act

**Social Security**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### O D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### O E. General Civil (Other) OR

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 27 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Conditions
- [ ] 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS Third Party 26 USC 7609

### O F. Pro Se General Civil

**Forfeiture/Penalty**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**Other Statutes**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

- [ ] 470 Racketeer Influenced & Corrupt Organization
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| O G. *Habeas Corpus/* 2255 | ☒ H. *Employment Discrimination* | O I. *FOIA/Privacy Act* | O J. *Student Loan* |
|---|---|---|---|
| ☐530 Habeas Corpus – General<br>☐510 Motion/Vacate Sentence<br>☐463 Habeas Corpus – Alien Detainee | ☒442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐895 Freedom of Information Act<br>☐890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐152 Recovery of Defaulted Student Loan (excluding veterans) |
| O K. *Labor/ERISA (non-employment)* | O L. *Other Civil Rights (non-employment)* | O M. *Contract* | O N. *Three-Judge Court* |
| ☐710 Fair Labor Standards Act<br>☐720 Labor/Mgmt. Relations<br>☐740 Labor Railway Act<br>☐751 Family and Medical Leave Act<br>☐790 Other Labor Litigation<br>☐791 Empl. Ret. Inc. Security Act | ☐441 Voting (if not Voting Rights Act)<br>☐443 Housing/Accommodations<br>☐440 Other Civil Rights<br>☐445 Americans w/Disabilities – Employment<br>☐446 Americans w/Disabilities – Other<br>☐448 Education | ☐110 Insurance<br>☐120 Marine<br>☐130 Miller Act<br>☐140 Negotiable Instrument<br>☐150 Recovery of Overpayment & Enforcement of Judgment<br>☐153 Recovery of Overpayment of Veteran's Benefits<br>☐160 Stockholder's Suits<br>☐190 Other Contracts<br>☐195 Contract Product Liability<br>☐196 Franchise | ☐441 Civil Rights – Voting (if Voting Rights Act) |

## V. ORIGIN

☒1 Original Proceeding    O 2 Removed from State Court    O 3 Remanded from Appellate Court    O 4 Reinstated or Reopened    O 5 Transferred from another district (specify)    O 6 Multi-district Litigation    O 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23 | DEMAND $<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☐   NO ☒ |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☐    NO ☒ | If yes. please complete related case form |
| DATE: _____ | SIGNATURE OF ATTORNEY OF RECORD _____ | | |

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

   I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States

   III.    CITIZENSHIP OF PRINCIPAL PARTIES This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

   IV.    CASE ASSIGNMENT AND NATURE OF SUIT The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case

   VI.    CAUSE OF ACTION Cite the U S Civil Statute under which you are filing and write a brief statement of the primary cause

   VIII.   RELATED CASE(S), IF ANY If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form

AUG

VLADIMIR SIDYACA
109 GRAPEVINE CT.
NICHOLASVILLE, KY 40356

7015 1520 0001 8432 4296




U.S.
PAI
LEXIN
405
AUG 1
AM

1000            20001            $

R2303

ATTN: MIKE DARBY
CLERK'S OFFICE ROOM # 12:
U.S. DISTRIC COURT CLER
OFFICE, DISTRICK
333 CONSTITUTION AVENU
ROOM 1225
WASHINGTON, DC 20001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

3. DISTRIC COURT CLERK'S OFFICE
ANGELA D. CAESAR, CLERK
333 CONSTITUTION AVENUE, NW
ROOM 1225
WASHINGTON, DC 20001

9590 9402 1429 5329 5498 23

2. Article Number (Transfer from service label)

7016 2710 0000 0388 5455

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  □ Agent  □ Addressee

B. Received by (Printed Name)  |  C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:  □ No

APR 17 2017

3. Service Type
- □ Adult Signature
- □ Adult Signature Restricted Delivery
- □ Certified Mail®
- □ Certified Mail Restricted Delivery
- □ Collect on Delivery
- □ Collect on Delivery Restricted Delivery
- □ ...red Mail
- □ ...red Mail Restricted Delivery
- □ ...or $500)
- □ Priority Mail Express®
- □ Registered Mail™
- □ Registered Mail Restricted Delivery
- □ Return Receipt for Merchandise
- □ Signature Confirmation™
- □ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

USPS TRACKING #





9590 9402 1429 5329 5498 23

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

VLADIMIR  SIDYAGA
109  GRAPEVINE CT.
NICHOLASVILLE , KY 40356

AUG 1 5 2017